VIOLA BALL, Respondent, v. GEORGE H. BALL, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.